IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| ALFRED C. DIZON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 7:25-cv-00033-O-BP |
| PHILIPPINE AIRLINES COMPANY, | § § § | |
| Defendant. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's request for a default judgment (ECF No. 7) is **DENIED**.

**SO ORDERED** on this **17 day** of **November, 2025**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE